**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945

June 2, 2020

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Lowenbien v. R.T.R.
         20 CV 534 (ENV) (RML)**

Dear Magistrate Judge Levy:

I represent the plaintiff in the above matter. Please be advised that the matter has been resolved. I expect to receive a settlement agreement shortly.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record