# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORUCH LOWENBIEN, on behalf of himself and all others similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>R.T.R. FINANCIAL SERVICES INC.,<br><br>Defendant. | Civil Action No.: 1:20-cv-00534-ENV-RML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 12, 2020

| | |
|---|---|
| THE SALVO LAW FIRM, P.C. | ADAM J. FISHBEIN, P.C. |
| By: /s/ Cindy Salvo | By: /s/ Adam J. Fishbein |
| Cindy Salvo, Esq.<br>185 Fairfield Avenue, Suite 3C/3D<br>West Caldwell, New Jersey 07006<br>Tel: (973) 226-2220<br>E-mail: csalvo@salvolawfirm.com | Adam J. Fishbein<br>735 Central Avenue<br>Woodmere, New York 11598<br>Tel. (516) 668-6945<br>E-mail: fishbeinadamj@gmail.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

The Clerk of Court is directed to close this case.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 8/13/2020

/s/ENV
Eric N. Vitaliano
United States District Judge